UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NRT TECHNOLOGY CORP., <br> Plaintiff(s), <br> v. <br> LAS VEGAS SANDS CORP., <br> Defendant(s). | Case No. 2:21-CV-1570 JCM (EJY) <br><br> ORDER |

Presently before the court is the matter of *NRT Technology Corp. v. Las Vegas Sands Corp.*, case number 2:21-cv-01570-JCM-EJY.

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." FED. R. CIV. P. 41(b). This court also has inherent power to dismiss a case *sua sponte* for want of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

On November 21, 2022, the court notified the parties that "[i]f no action is taken in this case within 30 days, the Court will enter an order of dismissal for want of prosecution." (ECF No. 31). No action has been taken since.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter is DISMISSED for want of prosecution.

The clerk is instructed to close the case.

DATED October 17, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -